IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                   24-cr-1738-JMC

FERNANDO GOMEZ,

      Defendant.

### ORDER GRANTING DEFENDANT'S SECOND
### MOTION TO ALLOW TRAVEL TO MEXICO

On April 6, 2026, Defendant Fernando Gomez filed a second motion to allow travel to Mexico in the above-styled criminal action (Doc. No. 36). Defendant states that he wishes to see his mother who is a Mexican citizen and unable to enter the United States. She will be traveling to Puerto Palomas on April 25, 2026. Defendant's probation officer does not oppose the visit as long as he returns before Monday, April 27, 2026. Defendant indicates that the government does not take a position on this motion.

For good cause shown, the Court GRANTS Defendant's Second Motion to Allow Travel to Mexico. Defendant may travel to Mexico to visit his mother in Puerto Palomas but he must strictly comply with the reporting requirement and report to the Las Cruces probation office on **April 27, 2026**.

IT IS SO ORDERED.

Entered for the Court
this the 9th day of April, 2026

/s/ Joel M. Carson III_____
Joel M. Carson III
United States Circuit Judge
Sitting by Designation