IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                                24-cr-1738-JMC

FERNANDO GOMEZ,

     Defendant.

**ORDER GRANTING AS FRAMED DEFENDANT'S THIRD
<u>MOTION TO ALLOW TRAVEL TO MEXICO</u>**

On July 2, 2026, Defendant Fernando Gomez filed a third motion to allow travel to Mexico in the above-styled criminal action (Doc. No. 38).  Defendant states that he wishes to see his father who is a Mexican citizen and unable to enter the United States.  He will be traveling to Puerto Palomas on July 11, 2026.  Defendant's probation officer does not oppose the visit as long as he returns before Monday, July 13, 2026.  Defendant indicates that the government does not take a position on this motion.

For good cause shown, the Court GRANTS Defendant's Third Motion to Allow Travel to Mexico.  Defendant may travel to Mexico to visit his father in Puerto Palomas but he must strictly comply with the reporting requirement and report to the Las Cruces probation office on **<u>July 13, 2026</u>**.  The Court will require Defendant, counsel of record, and Defendant's probation officer to appear **<u>in person</u>** for a hearing on any future motions for travel outside of the United States.

IT IS SO ORDERED.

Entered for the Court
this the 2nd day of July, 2026

/s/ Joel M. Carson III_____
Joel M. Carson III
United States Circuit Judge
Sitting by Designation

2